IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02591-NRN

SHAPESHIFT US, INC., a foreign corporation,

    Plaintiff,

v.

AZAMAT MUKHIDDINOV, an individual,

    Defendant.

---

**ENTRY OF APPEARANCE**

---

Michael R. Greco of the law firm of Fisher & Phillips LLP hereby enters his appearance on behalf of Plaintiff ShapeShift US, Inc. The undersigned certifies that he is a member in good standing of the bar of this Court.

Dated this 27th day of August, 2020.

    Respectfully submitted,

    */s/ Michael R. Greco*
    Michael R. Greco
    FISHER & PHILLIPS LLP
    1125 17th Street, Suite 2400
    Denver, CO  80202
    Telephone:  303-218-3650
    Fax:  303-218-3651
    mgreco@fisherphillips.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that, on this 27th day of August, 2020, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed via U.S. Mail on the following:

Azamat Mukhiddinov
1650 Wewatta Street #1618
Denver, CO 80202

                  *s/ Olivia Ash*

                  Olivia Ash

FP 38546747.1