IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-CV-02591-NRN

SHAPESHIFT US, INC., a foreign corporation,

    Plaintiff,

v.

AZAMAT MUKHIDDINOV, an individual,

    Defendant.

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ShapeShift US, Inc. states as follows:

1.     ShapeShift US Inc.'s parent company is ShapeShift AG; and

2.     No publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 27th day of August, 2020.

    By: */s/ Michael R. Greco*
    Michael R. Greco
    FISHER & PHILLIPS, LLP
    1125 17th Street, Suite 2400
    Denver, Colorado 80202
    Telephone: (303) 218-3650
    Fax: (303) 218-3651
    mgreco@fisherphillips.com

    By: */s/ David C. Roth*
    David C. Roth
    FISHER & PHILLIPS, LLP
    1125 17th Street, Suite 2400

Denver, Colorado 80202
Telephone: (303) 218-3650
Fax: (303) 218-3651
droth@fisherphillips.com

**Attorneys for Plaintiff,
ShapeShift US, Inc.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on this 27th day of August, 2020, a true and correct copy of the foregoing **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** was filed via U.S. Mail on the following:

Azamat Mukhiddinov
1650 Wewatta Street #1618
Denver, CO 80202

                                             *s/ Olivia Ash*

                                             Olivia Ash