| USDC Colorado<br>Colorado | |
|---|---|
| Plaintiff(s) / Petitioner(s): **Shapeshift US, Inc.**<br><br>v.<br><br>Defendant(s) / Respondent(s): **Azamat Mukhiddinov** | ▲ COURT USE ONLY ▲<br><br>Case No.: 20-CV-02591 |
| **AFFIDAVIT OF SERVICE** | |

I, Amber Martinez , being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Azamat Mukhiddinov in Denver County, CO on August 28, 2020 at 9:39 am at 1650 Wewatta St, 1618, Denver, CO 80202 by personal service by handing the following documents to an individual identified as Azamat Mukhiddinov.

Cover Letter
Summons
Complaint

Additional Description:
Successfully served to: Azamat Mukhiddinov.

Ethnicity Unknown Male, est. age 35, glasses: N, Other hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=39.7542494769,-105.0012146496
Photograph: See Exhibit 1

_Amber Martinez_
Signature
Amber Martinez
(720) 364-7564

Subscribed and sworn to before me this 28th day of August, 2020, by Amber Jo Martinez.

Witness my hand and official seal.

My commission expires: Aug 21, 2021

```
JOSE CONTRERAS JR.
Notary Public – State of Colorado
Notary ID 20174034968
My Commission Expires Aug 21, 2021
```

_____
Notary Public