# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02591-NRN

SHAPESHIFT US, INC., a foreign corporation,

Plaintiff,

v.

AZAMAT MUKHIDDINOV, in individual,

Defendant.

## ENTRY OF APPEARANCE

TO: The clerk of court and all parties of record

The undersigned hereby enters his appearance in the above-captioned matter, and certifies that he is a member in good standing of the bar of this Court.

DATED this 9th day of September, 2020    Respectfully submitted,

THE EICHNER LAW FIRM

*s/ Kenneth F. Eichner*
Kenneth F. Eichner
Attorney for Defendant
  Azamat Mukhiddinov
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, Colorado 80209
T: (303) 837-9800
ken@eichnerlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of September, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will effect service on all parties of record.

<em>s/ Lynn C. Hartfield</em>