# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02591-NRN

SHAPESHIFT US, INC., a foreign corporation,

Plaintiff,

v.

AZAMAT MUKHIDDINOV, in individual,

Defendant.

---

### UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

---

Defendant, Azamat Mukhiddinov, by his attorney, Kenneth F. Eichner, *The Eichner Law Firm*, moves pursuant to D.C.Colo.LCivR 6.1(a) for an extension of time to file a responsive pleading to the Complaint in this action, and in support of his motion, states as follows:

1. Defendant was served with Plaintiff's Complaint and Jury Demand on August 27, 2020. Under Fed.R.Civ.P. 12(a)(1), Defendant is required to serve a responsive pleading no later than September 17, 2020.

2. Defense counsel has been in contact with counsel for the Plaintiff, and the parties are in the process of exploring settlement options. In order to allow this process to move forward, Defendant requests an additional 21 days, to and including October 8, 2020, to file a responsive pleading.

3. Defense counsel has conferred with counsel for the Plaintiff, and Plaintiff does not oppose the granting of this motion for extension.

4. Pursuant to D.C.Colo.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on his client.

WHEREFORE, Defendant Azamat Mukhiddinov respectfully requests that the Court extend the deadline for the filing of a responsive pleading in this matter to October 8, 2020.

DATED this 9th day of September, 2020     Respectfully submitted,

THE EICHNER LAW FIRM

*s/ Kenneth F. Eichner*
Kenneth F. Eichner
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, Colorado 80209
T: (303) 837-9800
ken@eichnerlaw.com

*s/ Lynn C. Hartfield*
Lynn C. Hartfield, LLC
387 Corona Street, Suite 617
Denver, Colorado 80218
T: (720) 588-0571
Email: lynn@lhartfieldlaw.com
SPECIAL COUNSEL TO
The Eichner Law Firm
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, Colorado 80209
T: (720) 588-0571
 lynn@eichnerlaw.com

Attorneys for Defendant
Azamat Mukhiddinov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of September, 2020, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will effect service on all parties of record. I further certify that I furnished a copy of this Motion to the Defendant, Azamat Mukhiddinov.

                                                          *s/ Lynn C. Hartfield*