IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02591-NRN

SHAPESHIFT US, INC., a foreign corporation,

Plaintiff,

v.

AZAMAT MUKHIDDINOV, in individual,

Defendant.

**ENTRY OF APPEARANCE**

TO:   The clerk of court and all parties of record

The undersigned hereby enters his appearance in the above-captioned matter, and certifies that he is a member in good standing of the bar of this Court.

DATED this 9th day of September, 2020      Respectfully submitted,

*s/ Lynn C. Hartfield*
Lynn C. Hartfield, LLC
387 Corona Street, Suite 617
Denver, Colorado 80218
T: (720) 588-0571
Email: lynn@lhartfieldlaw.com
SPECIAL COUNSEL TO
The Eichner Law Firm
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, Colorado 80209
T: (720) 588-0571
lynn@eichnerlaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will effect service on all parties of record.

*s/ Lynn C. Hartfield*