## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02591-NRN

SHAPESHIFT US, INC., a foreign corporation,

Plaintiff,

v.

AZAMAT MUKHIDDINOV, in individual,

Defendant.

---

## UNOPPOSED MOTION FOR SECOND EXTENTION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

---

Defendant, Azamat Mukhiddinov, by his attorneys, Kenneth F. Eichner and Lynn C. Hartfield, *The Eichner Law Firm*, moves pursuant to D.C.Colo.LCivR 6.1(a) for an additional extension of eleven days to file a responsive pleading to the Complaint in this action, and in support of his motion, states as follows:

1. Defendant was served with Plaintiff's Complaint and Jury Demand on August 27, 2020. Under Fed.R.Civ.P. 12(a)(1), Defendant was required to serve a responsive pleading by September 17, 2020. However, the Court granted Mr. Mukhiddinov's unopposed motion for a 21-day extension of time to file a responsive pleading, to October 8, 2020. (doc. 11).

2. The parties have engaged in settlement negotiation and are making positive progress towards a resolution. Drafts of written settlement agreements have been exchanged by the parties, and the parties are working in good faith on finalizing those agreements. However, one of the parties was recently out of the office and unavailable to review the draft documentation. As a result, the parties do not believe that a final resolution will be

reached by October 8, and Mr. Mukhiddinov therefore requests a second extension of eleven days within which to file any responsive pleading.

3.  Granting the proposed extension will allow the parties to continue to work towards a mutually acceptable resolution and will conserve judicial resources

4.  Counsel for the Plaintiff does not oppose the granting of this motion for extension.

5.  Pursuant to D.C.Colo.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on his client.

WHEREFORE, Defendant Azamat Mukhiddinov respectfully requests that the Court extend the deadline for the filing of a responsive pleading in this matter from October 8, 2020, to and including October 19, 2020.

DATED this 5th day of October, 2020     Respectfully submitted,

THE EICHNER LAW FIRM

*s/ Kenneth F. Eichner*
Kenneth F. Eichner
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, Colorado 80209
T: (303) 837-9800
ken@eichnerlaw.com

*s/ Lynn C. Hartfield*
Lynn C. Hartfield, LLC
387 Corona Street, Suite 617
Denver, Colorado 80218
T: (720) 588-0571
Email: lynn@lhartfieldlaw.com
SPECIAL COUNSEL TO
The Eichner Law Firm
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, Colorado 80209
T: (720) 588-0571
 lynn@eichnerlaw.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 5th day of October, 2020, I electronically filed the foregoing **SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will effect service on all parties of record. I further certify that a copy of this Motion was provided to the Defendant, Azamat Mukhiddinov.

     *s/ Lynn C. Hartfield*