IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02591-NRN

SHAPESHIFT US, INC., a foreign corporation,

Plaintiff,

v.

AZAMAT MUKHIDDINOV, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Defendant's Unopposed Motion for Second Extension of Time to File Responsive Pleading to Complaint (Dkt. #12) is GRANTED finding good cause shown. Defendant shall answer or otherwise respond to Plaintiff's Complaint (Dkt. #1) on or before October 19, 2020

Date: October 5, 2020