# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02591-NRN

SHAPESHIFT US, INC., a foreign corporation,

Plaintiff,

v.

AZAMAT MUKHIDDINOV, in individual,

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff ShapeShift US, Inc. and Defendant Azamat Mukhiddinov stipulate to dismiss this action with prejudice, each party to bear his or its

own costs and attorneys' fees.

DATED this 19th day of October, 2020

Respectfully submitted,

*s/ Michael R. Greco*
Michael R. Greco
FISHER & PHILLIPS, LLP
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650
Fax: (303) 218-3651
mgreco@fisherphillips.com

*s/ David C. Roth*
David C. Roth
FISHER & PHILLIPS, LLP
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650
Fax: (303) 218-3650
droth@fisherphillips.com

Attorneys for Plaintiff
ShapeShift US, Inc.

THE EICHNER LAW FIRM

*s/ Kenneth F. Eichner*
Kenneth F. Eichner
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, Colorado 80209
T: (303) 837-9800
ken@eichnerlaw.com

Attorney for Defendant
Azamat Mukhiddinov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will effect service on all parties of record.

s/ *Michael R. Greco*
Michael R. Greco
