IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02591-NRN

SHAPESHIFT US, INC., a foreign corporation,

Plaintiff,

v.

AZAMAT MUKHIDDINOV, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This case is before the Court on the parties' Joint Motion to Restrict Public Access to Complaint (Dkt. #15). It is hereby ORDERED that a Telephonic Motion Hearing is set for November 10, 2020 at 9:30 a.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: October 28, 2020