IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-02591-NRN | Date:  November 10, 2020 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

*Parties:*  *Counsel:*

SHAPESHIFT US, INC., a foreign corporation,   Michael Greco
                                             David Roth

   Plaintiff,

v.

AZAMAT MUKHIDDINOV, an individual,   Kenneth Eichner
                                     Lynn Hartfield

   Defendant.

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**9:29 a.m.**     **Court in session.**

Court calls case. Appearances of counsel. Also, present Defendant Azamat Mukhiddinov.

This matter is before the Court regarding Joint Motion to Restrict Public Access to Complaint [Docket No. 15].

Arguments by counsel.

**ORDERED:**   Joint Motion to Restrict Public Access to Complaint [Docket No. 15] is **TAKEN UNDER ADVISEMENT**.

The parties orally consent to the Magistrate Judge jurisdiction.

**10:04 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:35

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.