**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02591-NRN

SHAPESHIFT US, INC.,

    Plaintiff,

v.

AZAMAT MUKHIDDINOV,

    Defendant.

---

CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

---

Under 28 U.S.C. § 636(c) and

    (1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

    or

    (2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

    or

    (3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

____√____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

DATED this 11th day of November, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *Kenneth F. Eichner* | */s/ Michael R. Greco* |
| **Kenneth F. Eichner** | **Michael R. Greco** |
| The Eichner Law Firm | Fisher & Phillips LLP |
| 3773 Cherry Creek Dr. N, Suite 900, West Tower | 1125 17th Street, Suite 2400 |
| Denver, CO 80209 | Denver, CO 80202 |
| Telephone: (303) 837-9800 | Telephone: 303-218-3650 |
| ken@eichnerlaw.com | mgreco@fisherphillips.com |
| Attorney for Defendant, | Attorney for Plaintiff, |
| Azamat Mukhiddinov | Shapeshift US, Inc. |