IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-02591-NRN | Date:  November 13, 2020 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| SHAPESHIFT US, INC., a foreign corporation, | Michael Greco |
| | David Roth |
| Plaintiff, | |
| v. | |
| AZAMAT MUKHIDDINOV, an individual, | Kenneth Eichner |
| | Lynn Hartfield |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**2:30 p.m.**     **Court in session.**

Court calls case. Appearances of counsel. Also, present Defendant Azamat Mukhiddinov.

This matter is before the Court regarding Joint Motion to Restrict Public Access to Complaint [Docket No. 15].

The Court heard argument on November 10, 2020.

For the reasons set forth on the record, it is

**ORDERED:**   Joint Motion to Restrict Public Access to Complaint [Docket No. 15] is **DENIED**.

**2:46 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:16

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.